**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01383-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DANTE OWENS,

    Applicant,

v.

WARDEN, Fremont Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant Dante Owens is in the custody of the Colorado Department of Corrections and currently is incarcerated at the detained at the Fremont Correctional Facility in Cañon City, Colorado.  Applicant initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   X    is not submitted
(2)   __    is not on proper form (must use the Court's current form)
(3)   __    is missing original signature by Applicant
(4)   __    is missing affidavit
(5)   __    affidavit is incomplete
(6)   __    affidavit is not properly notarized
(7)   __    names in caption do not match names in caption of complaint, petition or application
(8)   X    other: In the alternative Applicant may pay the $5 filing fee.

**Complaint or Petition**:
(9)   __    is not submitted
(10)   __    is not on proper form (must use the Court's current form)
(11)   __    is missing an original signature by the Applicant
(12)   __    is incomplete
(13)   __    uses et al. instead of listing all parties in caption
(14)   __    names in caption do not match names in text of Complaint
(15)   __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   __    other:.

Accordingly, it is

       ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

       FURTHER ORDERED that Applicant shall obtain the Court-approved forms used in filing a 28 U.S.C. § 1915 motion and affidavit used when requesting leave to proceed *in forma pauperis* in filing a habeas action, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

3

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED June 29, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge