IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01383-GPG

DANTE OWENS,

     Applicant,

v.

WARDEN, FREMONT CORRECTIONAL FACILITY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## SECOND ORDER TO FILE PRE-ANSWER RESPONSE

---

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 submitted to the Court on June 29, 2015, the Court determined that a limited Pre-Answer Response is appropriate pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and to *Denson v. Abbott*, 554 F. Supp.2d. 1206 (D. Colo. 2008).   On August 3, 2015, the Court entered an order directing Respondents to file a Pre-Answer Response within twenty-one days. Subsequently, on August 24, 2015, the Court granted Respondents an extension of time to comply with the August 3 Order, up to and including September 23, 2015. Respondents now have failed to respond as directed.

The Court again will order Respondents to file a Pre-Answer Response and to explain the failure to respond to the Court's August 3, 2015 Order within the time allowed. Accordingly, it is

ORDERED that **within seven days from the date of this Order** Respondents shall file a Pre-Answer that complies with the Court's August 3, 2015 Order and explain the failure to timely respond.   It is

FURTHER ORDERED that **within twenty-one days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires, in keeping with the August 3, 2015 Order.

Dated:   September 24, 2015

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge