IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01383-GPG

DANTE OWENS,

    Applicant,

v.

WARDEN, Fremont Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a judge pursuant to D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and when appropriate to a magistrate judge.  See D.C.COLO.LCivR 40.1.

DATED February 28, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge