IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Civil Action No. 15-cv-01383-LTB

DANTE OWENS,

    Applicant,

v.

WARDEN, Fremont Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER

---

At issue is the "Motion to Provide Applicant with Copy of the State Record," ECF No. 24, filed on March 28, 2016. Applicant requests the state court record so that he may "show where clear constitutional error has occurred and support his claims for habeas relief. *See* ECF No. 24. Applicant also asks for appointment of counsel.

Applicant fails to assert how his request is related to any specific claim for relief. "A habeas proceeding is not a fishing expedition." *See Teti v. Bender*, 507 F.3d 50, 60 (1st Cir. 2007), *cert. denied*, 552 U.S. 1287 (2008). The request is broad and general, lacks the specificity to support a finding of good cause, and, therefore, will be denied.

Respondents also have filed a Motion for Extension of Time to File Answer, ECF No. 25. The Motion will be granted. Accordingly, it is

ORDERED that Applicant's request for the state court record, ECF No. 24, is denied for lack of specificity. It is

FURTHER ORDERED that Applicant's Motion for Appointment of Counsel," ECF No. 23, is denied as premature.   It is

FURTHER ORDERED that Respondents' Motion for Extension of Time to File Answer, ECF No. 25, is granted.   Respondents shall have up to and including May 2, 2016, to file an Answer.   No further extension will be granted without the showing of just cause.

DATED at Denver, Colorado, this   30th   day of    March    , 2016.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court