**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01383-LTB

DANTE OWENS,

        Applicant,

v.

WARDEN, Fremont Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

        On April 13, 2016, Applicant filed a Renewed Motion for Copy of the Record and Assistance of Counsel, ECF No. 28.   For the same reasons stated by the Court in ECF No. 26, the Renewed Motion is denied at this time.


Dated:   April 14, 2016